**Order entered September 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00101-CV**

**STACEY DORFMAN KIVOWITZ, SAMUEL GRANT DORFMAN, SCI TEXAS FUNERAL SERVICES, LLC D/B/A SPARKMAN/HILLCREST FUNERAL HOME AND D/B/A HILLCREST MAUSOLEUM AND MEMORIAL PARK, Appellants**

**V.**

**LOUIS DORFMAN, SR., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13563**

**ORDER**

Before the Court is appellant SCI Texas Funeral Services, LLC's unopposed final motion for extension of time to file its brief.  We **GRANT** the motion and **ORDER** the brief received September 29, 2021 filed as of the date of this order.

The deadline for filing appellee's brief is **RESET** to November 1, 2021.

/s/     CRAIG SMITH
        JUSTICE